NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**PURDUE PHARMA L.P.,**
*Appellant*

v.

**DEPOMED, INC.,**
*Appellee*

---

2015-2029, -2030, -2032

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00377, IPR2014-00378, and IPR2014-00379.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Purdue Pharma L.P.'s motion to expedite these appeals,

IT IS ORDERED THAT:

The motion is granted to the extent that Purdue's opening brief is due October 5, 2015, Depomed, Inc.'s response brief is due November 19, 2015, and Purdue's reply brief and the joint appendix are due December 7,

2015. Oral argument will be scheduled during the next available argument calendar week after the reply brief is filed.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s31